1  MARK REICHEL ATTORNEY AT LAW
   455 Capitol Mall, 8th Floor.
2  Sacramento, CA 95814
   (916) 498-9258
3

4  Attorney for Defendant
   TRACY ARNETT
5
                        IN THE UNITED STATES DISTRICT COURT
6
                        EASTERN DISTRICT OF CALIFORNIA
7

8  UNITED STATES OF AMERICA,              CASE NO.  24-CR-0068 DAD

9                        Plaintiff,       STIPULATION REGARDING MODIFICAIOTN
                                          OF RELEASE TERM; ORDER
10              v.
                                          DATE: N/A
11  TRACY ARNETT                          TIME: N/A a.m.
                                          COURT: HON. ALLISON CLAIRE
12
                        Defendant.
13

14
                                **STIPULATION**
15
          Plaintiff United States of America, by and through its counsel of record, and defendant, by and
16
   through defendant's counsel of record, hereby stipulate as follows:
17
          Release Terms 18 and 19 are hereby deleted.
18
          All other terms and conditions shall remain in full force and effect, as referenced in the attached
19
   Terms and Conditions.
20
          Pretrial Services does not oppose the modification.
21

22

23

24

25

26

27

28

1   IT IS SO STIPULATED.

2   Dated:  August 21, 2024

PHILLIP A. TALBERT
United States Attorney

3

/s/ MATTHEW THEUSEN

4

Assistant United States Attorney

5   Dated: August 21, 2024

/s/ MARK J. REICHEL

6

MARK J. REICHEL
Counsel for Defendant

7

8

9

10

11

12

13

14

15                                **FINDINGS AND ORDER**

16      IT IS SO ORDERED this  21ˢᵗ day of  August 2024

17

18

19                               ALLISON CLAIRE
                              UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28