MICHELE BECKWITH
Acting United States Attorney
MATTHEW THUESEN
WHITNEE GOINS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TRACY ARNETT,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:24-CR-00068 DC<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCING DATE AND PRESENTENCE REPORT DISCLOSURE SCHEDULE<br><br>DATE: June 13, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter currently is set for a status conference regarding sentencing on June 13, 2025.

2. The parties jointly request that this Court vacate the status conference set for June 13, 2025, and enter an order setting the following schedule for sentencing and disclosure of the presentence report:

| | |
|---|---|
| Judgment and sentencing: | November 14, 2025 |
| Reply or statement of non-opposition: | November 7, 2025 |
| Motion for correction: | October 31, 2025 |
| Presentence Report: | October 24, 2025 |

| | | |
|---|---|---|
|1| Written objections: | October 17, 2025 |
|2| Proposed Presentence Report: | October 3, 2025 |

3.   Senior U.S. Probation Officer Julie Besabe does not object to the proposed schedule.

IT IS SO STIPULATED.

Dated:  June 9, 2025                                        MICHELE BECKWITH
                                                                         Acting United States Attorney

                                                                         /s/ MATTHEW THUESEN
                                                                         MATTHEW THUESEN
                                                                         WHITNEE GOINS
                                                                         Assistant United States Attorneys

Dated:  June 9, 2025                                         /s/ MARK REICHEL
                                                                          MARK REICHEL
                                                                          Counsel for Defendant
                                                                          TRACY ARNETT

**ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation.   Accordingly, the Sentencing Status Conference set for June 13, 2025 is VACATED, and a Judgment and Sentencing Hearing is SET for November 14, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins.  This matter has previously been referred to Probation. The following Presentence Investigation Report briefing schedule is SET: the draft Report shall be disclosed to counsel no later than October 3, 2025; the parties' informal objections shall be delivered to the Probation Officer no later than October 17, 2025; the final Report shall be submitted no later than October 24, 2025; Formal Objections or any Motion for Correction shall be submitted no later than October 31, 2025; and Reply, or Statement of Non-Opposition shall be submitted no later than November 7, 2025.

IT IS SO ORDERED.

Dated:   **June 9, 2025**

Dena Coggins
United States District Judge