**REICHELLAW PC**
**MARK REICHEL, State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, Ca 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
TRACY ARNETT

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>TRACY ARNETT,<br><br>          Defendant | Case No.: 2:24-cr-00068-DC<br><br>STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER<br><br>DATE: JANUARY 9, 2025<br>TIME; 9:30 AM<br>Court: Hon. Dena M. Coggins |

## STIPULATION

The parties have agreed to continue the date for sentencing to January 9, 2025. Based thereon, the parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follow:

| | |
|---|---|
| Judgment and Sentencing Date: | January 9, 2025 |
| Reply, or Statement of Non-Opposition: | January 2, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 26, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | December 19, 2025 |

*Stipulation & Order to Continue Sentencing*
*1*

| | |
|---|---|
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 12, 2025 |
| The draft Presentence Report shall be disclosed to the counsel no later than: | November 28, 2025 |

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: October 14, 2025               Eric Grant
                                      United States Attorney

                                      */s/MATTHEW THUESEN*
                                      MATTHEW THUESEN
                                      Assistant United States Attorney

Dated: October 14, 2025               */s/ MARK REICHEL*
                                      MARK REICHEL
                                      Counsel for Defendant
                                      Tracy Arnett

**ORDER**

In light of the time needed to complete the presentence investigation interview and related briefing, the parties' stipulated request to continue is GRANTED. Accordingly, the Sentencing Hearing scheduled for November 14, 2025, is VACATED and RESET for January 9, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the draft Report shall be disclosed to counsel no later than November 28, 2025; the parties' informal objections shall be delivered to the Probation Officer no later than December 12, 2025; the final Report shall be submitted no later than December 19, 2025; Formal Objections or any Motion for Correction shall be submitted no later than December 26, 2025; and Reply, or Statement of Non-Opposition shall be submitted no later than January 2, 2026.

IT IS SO ORDERED.

Dated:   **October 15, 2025**

_____
Dena Coggins
United States District Judge