**MARK REICHEL, State Bar #155034**
**REICHELLAW PC**
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
TRACY ARNETT

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>TRACY ARNETT,<br><br>         Defendant | Case No. 2:24-CR-00068-DC<br><br>STIPULATION REGARDING<br>MODIFICATION OF SENTENCING<br>SCHEDULE; ORDER<br><br>DATE: MARCH 6, 2026<br>TIME: 9:30 AM<br>COURT: Hon. DENA COGGINS |

## STIPULATION

The parties have agreed to continue the date for sentencing March 6, 2026.

- Due to schedule conflicts, additional time was needed to meet with Probation to complete the presentence interview.  The presentence interview was completed on December 15, 2025.

Based thereon, the parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follows:

Judgment and Sentencing Date:                                          March 6, 2026

Reply, or Statement of Non-Opposition:                            February 27, 2026

| | |
|---|---|
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 20, 2026 |
| The final Presentence Report shall be filed with the Court no later than: | February 13, 2026 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | February 06, 2026 |
| The draft Presentence Report shall be disclosed to the parties on: | January 23, 2026 |

    All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: December 16, 2025          Eric Grant
                                           United States Attorney

                                           */s/MATTHEW THUESEN*
                                           MATTHEW THUESEN
                                           Assistant United States Attorney

Dated: December 16, 2025          REICHELLAW PC

                                           */s/ MARK REICHEL*
                                           MARK REICHEL
                                           Counsel for Defendant
                                           Tracy Arnett

**ORDER**

The court, having received, read and considered the parties' stipulation filed on December 16, 2025, and good cause appearing therefrom, GRANTS the parties' request to continue the sentencing hearing and adjust the related briefing schedule.  Accordingly, the Sentencing Hearing scheduled for January 9, 2026, is VACATED and RESET for March 6, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the draft Report shall be disclosed to counsel no later than January 23, 2026; the parties' informal objections shall be delivered to the Probation Officer no later than February 6, 2026; the final Report shall be submitted no later than February 13, 2026; Formal Objections or any Motion for Correction shall be submitted no later than February 20, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than February 26, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:   **December 28, 2025**

Dena Coggins
United States District Judge