**MARK REICHEL, State Bar #155034**
**REICHELLAW PC**
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
TRACY ARNETT

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:24-CR-00068-DC |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING |
| | ) MODIFICATION OF SENTENCING |
| vs. | ) SCHEDULE; ORDER |
| | ) |
| | ) DATE: MARCH 27, 2026 |
| | ) TIME: 9:30 AM |
| | ) COURT: Hon. DENA COGGINS |
| TRACY ARNETT, | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |
| | ) |

## STIPULATION

The parties have agreed to continue the date for sentencing March 27, 2026. From March 16-20, defense counsel, under court appointment, is in a lengthy preliminary examination in Modoc County; People v Chambers et al. It is a homicide case involving three defendants and three attorneys. It is the only time the lawyers and the court are available. The defendants have been in custody and will not waive further time. Based thereon, the parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follows:

Judgment and Sentencing Date:                                    March 27, 2026

Reply, or Statement of Non-Opposition:                    March 20, 2026

| | |
|---|---|
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 13, 2026 |
| The final Presentence Report shall be filed with the Court no later than: | March 6, 2026 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | February 27, 2026 |
| The Presentence Report has been disclosed to the parties on: | February 12, 2026 |

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: February 23, 2026                    Eric Grant
                                            United States Attorney


                                            */s/MATTHEW THUESEN*
                                            MATTHEW THUESEN
                                            Assistant United States Attorney

Dated: February 23, 2026                    REICHELLAW PC


                                            */s/ MARK REICHEL*
                                            MARK REICHEL
                                            Counsel for Defendant
                                            Tracy Arnett

*Stipulation & Order to Continue Sentencing*
*2*

**ORDER**

IT IS HEREBY ORDERED as to Defendant Tracy Arnett, the court, having received, read and considered the parties' stipulation filed on February 23, 2026 (Doc. No. 115), and good cause appearing therefrom, GRANTS the parties' request to continue the sentencing hearing and adjust the related briefing schedule.  Accordingly, the Sentencing Hearing scheduled for March 6, 2026, is VACATED and RESET for March 27, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: Formal Objections to the Presentence Report or any Motion for Correction shall be submitted no later than March 13, 2026 and Reply, or Statement of Non-Opposition and any additional briefing the parties want the court to consider, shall be submitted no later than March 19, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:    **February 23, 2026**

_____
Dena Coggins
United States District Judge